HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAWN CARROLL, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, <br><br> Defendant. | No. C08-1498-TSZ <br><br> ORDER COMPELLING VIRGINIA MASON AND GROUP HEALTH TO PRODUCE COMPLETE RECORDS |

THIS MATTER came on for hearing before the undersigned Court on Defendant's Motion to Compel Non-Party Healthcare Providers to Respond to Pending Subpoenas for Plaintiffs' Medical Records, docket no. 32. The Court having reviewed the briefs and declarations submitted by the parties, and now finds itself fully advised and rules as follows:

1. It is hereby **ORDERED** that treatment providers, Group Health and Virginia Mason, must produce *all* records responsive to the University's pending subpoena, inclusive of records subject to any additional or special protections under state or federal law, within 15 days from the date of this Order. These records must be produced without any edits, redactions, or alterations of any kind.

2. Alternatively, if either Group Health or Virginia Mason cannot or will not comply with this order and produce the specified records, that entity is **ORDERED TO SHOW CAUSE** why it should not be held in contempt within 30 days from the date of this Order.

ORDER COMPELLING HEALTHCARE RCDS- 1
CAUSE NO. 08-01498-TSZ
S:\Zilly\Secretary\1ORDERS\Carroll98-Ord1.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423

3. The records produced pursuant to this Order are subject to the Order Granting a Limited Bilateral Protective Order, docket no. 17. The University is ORDERED to serve a copy of this Order and the Order Granting a Limited Bilateral Protective Order, docket no. 17, upon Group Health and Virginia Mason.

DATED this 2nd day of October, 2009.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER COMPELLING HEALTHCARE RCDS- 2
CAUSE NO. 08-01498-TSZ
S:\Zilly\Secretary\1ORDERS\Carroll98-Ord1.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423