HONORABLE THOMAS S. ZILLY

# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAWN CARROLL, ANDREW COHEN,
APRIL LESHO, DOUG PARISH, ROBYN
RILEY, AND EDDIE WEST,
                              Plaintiffs,

v.

UNIVERSITY OF WASHINGTON,
                              Defendants.

No.  08-1498-TSZ

DECLARATION OF NOAH DAVIS IN
SUPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL

**NOTE ON MOTION CALENDAR:**
**March 26, 2010**

I, Noah Davis, do hereby state and declare as follows, that:

1.    I am one of the attorneys representing the Plaintiffs in the above captioned case

and have knowledge relating to the facts set forth below;

2.    The Defendant's attorneys first contacted me in early February 2010 regarding a

clarification relating to the 25 page initial disclosures which had been served on January 5, 2009

(A True and Correct Copy of which are attached hereto as EXHIBIT A);

3.    The initial disclosures (and responses to requests for production) included 4000+

pages of Bate Stamped responsive documents that the Plaintiffs made available to the Defendant

and that the Defendant copied in full;

Declaration of Noah Davis in Support of RESPONSE
TO DEFENDANT'S MOTION TO COMPEL        - 1

**IN PACTA PLLC**
Lawyers
801 2nd Ave Ste 307
Seattle WA 98104
206−709−8281
Fax 206−860−0178

4.      I immediately replied to the request from Defendant's attorney by discussing a number of issues, including depositions, discovery and ER 408 protected matters;

5.      Thereafter, the specific request for information relating to the initial disclosures fell off the radars of both Parties as it was not addressed again until Adam Rosenberg contacted me on February 25th;

6.      I immediately responded to Mr. Rosenberg that I had to obtain the file from co-counsel as I believed he had the bate-stamped documents that the initial disclosures referred to;

7.      We scheduled a 26(i) for March 3, 2010, at which time I informed Mr. Rosenberg that I believed that the five witnesses were named in error, and that the other documents he had requested in his February 25, 2010 email had in fact been produced, but that I would nevertheless continue to try and create a catalogue which cross-referenced the previously produced discovery with the initial disclosures so everyone was on the same page;

8.      And thus, I offered to go beyond just confirming that the documents were produced (as the UW had said to us, under similar circumstances) (I had also asked Mr., Rosenberg if he knew of any missing bate stamp numbers as that would help me identify what he may be missing, and Mr. Rosenberg responded by stating that he was not aware of missing numbers, but that he could not confirm whether they were missing any numbers of not);

9.      But I unequivocally informed Mr. Rosenberg by email and during our in-person telephone call that the documents he sought had been produced and that the five named witness statements were believed to have been named in error;

10.     Mr. Rosenberg and I agreed that I would amend the initial disclosures to strike these five witness statement references (though they also had not been named as actual witnesses);

Declaration of Noah Davis in Support of RESPONSE
TO DEFENDANT'S MOTION TO COMPEL        - 2

IN PACTA PLLC
Lawyers
801 2nd Ave Ste 307
Seattle WA 98104
206-709-8281
Fax 206-860-0178

11.     No deadline was provided for that amendment, and I believed that I would do it as soon as I could (and did so on March 22, 2010 by serving the Defendants that amended list electronically);

12.     Again on March 10th, I confirmed with UW's counsel that I could find no reference to the five witness statement in issue, but that I had produced the other requested discovery;

13.     Mr. Rosenberg and I engaged in a number of emails on this topic and I have attached, as EXHIBIT B, true and correct copies of this email chain, which includes the confirmation on March 10 that all documents have been produced and that the five missing witness statements are not believed to exist and will be stricken;

14.     Mr. Rosenberg then unilaterally set a March 11th at noon deadline for me to produce the catalogue of cross-references from the 4000+ documents that he and I both had;

15.     I informed Mr. Rosenberg that I would try but could not guarantee that result by March 11th at noon;

16.     My office had been working on the page by page review of the 4000+ documents previously produced and were compiling a list during February and March just as we had pledged to the Defendant that we would;

17.     We were working as diligently as we could to provide this (over and above our duty) list, and was nearing completion of it by March 11th;

18.     Mr. Rosenberg then filed surprisingly filed this Motion since Mr. Rosenberg and I had had already resolved (per our 26(i) conference) the issues regarding the five witness statements and the fact that I confirmed production of the other documents;

19.     Mr. Rosenberg and I had no discussion regarding the requests for production

Declaration of Noah Davis in Support of RESPONSE
TO DEFENDANT'S MOTION TO COMPEL         - 3

IN PACTA PLLC
Lawyers
801 2nd Ave Ste 307
Seattle WA 98104
206-709-8281
Fax 206-860-0178

served on each of the plaintiffs, for which answers were also provided to the Defendant

separately and in conjunction with the initial disclosures and thus, his exhibit and reference to

Interrogatories and Requests for Production is misplaced (except to the extent he references

production of the initial disclosures);

20.    In any event, and to confirm again, all of the documents referenced in the initial

disclosures have been produced save reference to the five witness statements which were

apparently included in error and are unrelated to this case (as I believe one of our legal assistants

made a scriveners error in referencing those statements;

21.    The allegedly "missing" documents are found at the following bate stamp

numbers (and were previously produced at the Defendant's request in early 2009):

| _Description of Various Pictures, Documents_ _Letters and Other Information_ | _Bate Stamp #_ |
| --- | --- |
| A. Lesho Emails re: Charity Opportunity | 000084 - 000088 |
| A. Lesho UCIRO Formal Complaint | 000091 |
| UWPD Collective Bargaining Agreement | 000103 - 000131 |
| UWPD Disciplinary Procedure | 000135 - 000160 |
| A. Lesho UW Investigation File: Do Not Ticket Investigation | 000168 - 000262 |
| Emails re: Do Not Ticket Investigation | 000170 - 000205 |
| Monthly Calendar for A. Lesho | 000210 -000220 |
| A. Lesho's Do Not Ticket Log | 000221 - 000257 |
| D. Carroll Performance Appraisal | 000263 - 000395 |
| D. Carroll Leave of Absence with Pay | 000397 - 000399 |
| D. Carroll Position Profile | 000418 - 000421 |
| D. Carroll Shared leave request | 000434 - 000435 |
| D. Carroll Request for Approval of Outside Work | 000436 - 000440 |
| E. West HR Personnel File | 000441 - 000595 |
| E. West Formal Counseling/Action Plans | 000444 - 000468; 000472 - 000475; 000516 - 000537; 000541 - 000575 |
| E. West Temporary Salary Increase | 000477 - 000484 |
| E. West Application for Position | 000497 - 000514 |
| E. West Internal Investigation | 000538 |
| E. West Performance Appraisal | 000596 - 000609 |

**IN PACTA PLLC**
Lawyers
801 2nd Ave Ste 307
Seattle WA 98104
206-709-8281
Fax 206-860-0178

| | |
|---|---|
| A. Cohen UCIRO Claim Investigation | 000610 - 000988 |
| A. Cohen HR Personnel File | 001175 - 001252 |
| A. Cohen UW Police Dept Performance Note | 001253 - 001313 |
| D. Parish Formal Investigation File | 001314 - 001534 |
| R. Riley History and Commendation | 001535 - 001673 |
| A. Lesho HR Personnel File | 001674 - 001754 |
| D. Parish Tort Claim Form | 001755 - 001767 |
| A. Lesho Tort Claim Form | 001768 - 001775 |
| E. West Tort Claim Form | 001776 - 001781 |
| R. Riley Tort Claim Form | 001782 - 001788 |
| A. Cohen Tort Claim Form | 001789 - 001796 |
| D. Carroll Tort Claim Form | 001797 - 001802 |
| R. Riley Step 2 Grievance Response | 001803 - 001853 |
| D. Carroll HR Personnel File | 001854 - 001924 |
| A. Lesho Interoffice Memo Re: Disciplinary Action | 001925 - 001927 |
| E. West Nomination for Employee of the Year 2006 | 001928 |
| D. Carroll UW Police Dept Performance Note | 001929 - 001948 |
| D. Carroll UW Training Assessment Form | 001949 - 001950 |
| D. Carroll UW Police Dept Performance Note | 001951 |
| D. Carroll Performance Appraisal | 001952 - 001953 |
| R. Riley Performance Appraisal | 001954 - 001955 |
| D. Carroll Sexual Harassment Complaint | 001956 - 001981 |
| D. Carroll UW Police Dept Performance Note | 001982 - 001995 |
| R. Riley Leave Request/Time Accrual | 001996 - 002019 |
| D. Parish Internal Investigation Findings & Recommendations | 002020 - 002026 |
| 2003 Employee Satisfaction Survey | 002027 - 002073 |
| R. Riley CAD & Miscellaneous Issues | 002074 - 002080 |
| A. Cohen Lunch Room Swastika Photo | 002081 - 002082 |
| Jurisdiction Comparison Charts & Job Descriptions | 002083 - 002096 |
| D. Carroll/R. Riley Email Correspondences with UW & Each Other | 002144 - 002781 |
| E. West Internal Investigation | 002782 - 002790 |
| R. Riley Investigation Complaint: Sgt O'Laughlin v. Riley | 002791 - 002920 |
| D. Carroll Resume | 002922 - 002923 |
| D. Carroll Photocopies Journal | 002924 - 002939 |
| D. Carroll Email | 002940 - 002943 |
| D. Carroll Letter Regarding Informal Counseling | 002944 - 002945 |
| A. Cohen Email Re: Swastika | 002946 - 002947 |
| R. Riley Personnel File | 002948 - 003043 |
| D. Carroll Email Correspondences | 003044 - 003329 |
| D. Carroll Rebuttal to Supervisor Position | 003330 - 003337 |
| D. Parish UW Complaint File | 003338 - 003559 |
| A. Cohen Lunch Room Swastika Photo | 003560 |
| A. Cohen Email Correspondences | 003561 - 003623 |

**IN PACTA PLLC**
Lawyers
801 2nd Ave Ste 307
Seattle WA 98104
206-709-8281
Fax 206-860-0178

| | |
|---|---|
| A. Cohen Dept of L&I Worker Injury Form | 003624 |
| A. Cohen UW Office of Risk Management re: Injury | 003625 |
| A. Cohen Degrees & Transcripts | 003626 -003633 |
| A. Cohen University Complaint Investigation and Resolution Office - Investigation & Records (Copy) | 003634 -004209 |
| Letter to April Lesho from Lynell Ray | 000102 |

*Description of Unidentified Written Statement*

*Bate Stamp #*

Dawn Carroll's Written Journal Entries          002097 - 002143

Termination Letter

"A. Lesho's Resignation Letter" found at 000069 – 000083; and

Letter from UW Regarding the Resignation of D. Parish (found at Bate Stamp # 003392).

22.      For these reasons, the Plaintiffs respectfully request that Plaintiff's Motion to Compel be denied. And, if any terms are awarded, it should be ($500) to the Plaintiffs' attorney for spending 2.5 hours in responding to this motion (at $200/hr). (The 8 hours of time it took to review the discovery for the "allegedly missing discovery" is not included in this figure).

23.      I believe this Motion to be without basis as the document had been produced (and confirmed produced to the Defendant) and the five missing witness statements were confirmed to have been included in error and agreed as between counsel to be stricken before the filing of this Motion;

24.      I spent 2.5 hours responding to this Motion and my normal rate is $200/hr.

25.      We respectfully request that the Motion be Denied.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed at Seattle Washington, 3/22/2010

Noah C. Davis, WSBA#30939

Declaration of Noah Davis in Support of RESPONSE
TO DEFENDANT'S MOTION TO COMPEL          - 6

IN PACTA PLLC
Lawyers
801 2nd Ave Ste 307
Seattle WA 98104
206-709-8281
Fax 206-860-0178

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAWN CARROLL, ANDREW COHEN,          )          CASE No. Civ: 08-01498-TSZ
APRIL LESHO, DOUG PARISH,            )
ROBYN RILEY, and EDDIE WEST          )
                                     )
                Plaintiffs,          )          **PLAINTIFF'S INITIAL DISCLOSURES**
                                     )          **PURSUANT TO F.R.C.P. 26**
        v.                           )
                                     )
UNIVERSITY OF WASHINGTON,            )
Corporation                          )
                                     )
                Defendants.          )
                                     )
                                     )
                                     )

**TO:        ANDREW COOLEY AND JAYNE FREEMAN**
**ATTORNEYS FOR DEFENDANTS**

Specifically reserving the right to update, supplement and amend these disclosures, and basing

these disclosures upon the information reasonably available to the Plaintiffs and counsel at the

time these disclosures are made, Plaintiffs provide these Initial Disclosures pursuant to Federal

Rule of Civil Procedure 26(a)(1):

    A. Witnesses

        1. Parties

            a.  Plaintiff Robyn Riley

                Phone: (206) 543-0507

                Address: 1117 NE Boat St, Seattle, WA 98105

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

The Plaintiff has information regarding all aspects of her case, Plaintiff Dawn Carroll's case, as well as many of the allegations set forth in the Complaint relating to the other Plaintiffs.

b.  Plaintiff Dawn Carroll

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Ms Carroll has information regarding all aspects of her case as well as some of the allegations made by Doug Parish.

c.  Plaintiff Doug Parish

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Parish has information regarding all aspects of his case.

d.  Plaintiff Eddie West

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. West has information regarding all aspects of his case, as well as at least one remark made to Plaintiff Doug Parish and information supporting Plaintiff Cohen's claims.

e.  Plaintiff April Lesho

Baltimore, Maryland

Phone:  (206) 930-0008

f.  Plaintiff Andrew Cohen

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Cohen has information regarding all aspects of his case.

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

e.   30(b)(6) Defendants University of Washington and University of Washington Police Department, as well as fact witnesses from the University of Washington Police Department.

f.   30(b)(6) University of Washington Human Resources Personnel, and any fact witness.

2. Any current or former employees of University of Washington and University of Washington Police Department, including, but not limited to:

a. Jessie Garcia, Asst. VP Human Resources Operations

Phone: (206) 543-6330

Address: UW Human Resources, 1320 NE Campus Pkwy, Seattle, WA 98105

Ms. Garcia has knowledge regarding the discriminatory practices of the UWPD. As well as information regarding Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by the Defendant if any, and the disciplinary actions taken against Plaintiff.

b. Peter Denis, Project Appointment Labor Relations

Phone: (206) 841-2872

Address: 9321 NE Helmsman Ct., Bainbridge Island, 98110

Mr. Denis may have relevant information regarding the acts of discrimination against Plaintiffs, as well as information concerning Plaintiff's employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiff.

c. Anneke Szyperski, Human Resources Consultant

Phone: (206) 685-7575

Address: UW Human Resources, 1320 NE Campus Pkwy, Seattle, WA 98105

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Ms. Szyperski may have relevant information regarding the acts of discrimination against Plaintiffs as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiff.

d. Karen Sutherland, Project Appointment Legal Consultant

Phone: (206) 447-7000

Address: Ogden Murphy Wallace 1601 5th Ave Suite 2100, Seattle, WA 98101

Mr. Eric Godfrey invited Ms. Sutherland to conduct investigations relating to the practices of the UWPD, as well as individual allegations made by employees of the UWPD.

e. Jon Payne, Project Appointment Legal Counsel

Phone: (206) 607-4165

Address: Carney Bradley Spellman 701 5th Ave Suite 3600, Seattle, WA 98101

Mr. Payne conducted extensive interviews of UWPD department members over several months and then issued a report as to what he learned.

f. Kristi Johnson, Sr. Investigation & Resolution Specialist, UCIRO

Phone: (206) 616-4714

Address: UW Human Resources, 1320 NE Campus Pkwy, Seattle, WA 98105

Ms. Johnson conducted a UCIRO investigation of Debi Michael in December 2007 as a result of an EEOC complaint by one of the dispatchers. Several of the dispatchers were interviewed including Plaintiff, Robyn Riley.

g. Heather Bliss, Human Resources Consultant

Phone: (206) 685-7578

Address: UW Human Resources, 1320 NE Campus Pkwy, Seattle, WA 98105

Ms. Bliss have relevant information regarding the acts of discrimination against Plaintiffs, as well as information concerning Plaintiffs' employment with UW, interaction with

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

h. Raymond Wittmier, Interim Chief of Police

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Wittmier was involved in or apprised of all discrimination, retaliation, and harassment complaints throughout the department, including complaints regarding UWPD command staff and officers and staff.

i. Ralph Robinson, Asst. Chief of Police

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Robinson conducted an internal investigation regarding the discrimination by Debi Michael. Mr. Robinson conducted a workplace violence investigation with Debi Michael as the subject. Robinson is also aware of other complaints about Debi Michael, Sean O'Laughlin, and Lt. Peter Celms. Mr. Robinson and relevant information regarding the acts of discrimination against Plaintiffs Robyn Riley, Doug Parish and Dawn Carroll as well as information concerning Plaintiffs employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

j. Richard Lewis, Interim Asst. Chief of Police

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Plaintiff, Robyn Riley complained to Mr. Lewis regarding harassment and discrimination by Debi Michael when Mr. Lewis was her acting supervisor. Mr. Lewis also have relevant information regarding the acts of discrimination against other Plaintiffs as well as information

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

concerning Plaintiffs' employment with the UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

k. Craig Wilson, Lieutenant Patrol Operations

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Wilson received numerous reports of illegal and inappropriate workplace conduct by Debi Michael. Wilson is also aware of numerous conduct issues with Sgt. Sean O'Laughlin. Mr. Wilson refused to interview a witness to a false charge of insubordination against Plaintiff Robyn Riley by Debi Michael. Mr. Wilson also has information regarding the practice and policies of the UWPD as well as disciplinary action taken and not taken against UWPD employees. Mr. Wilson also has relevant information relating to Plaintiff Parish's claims.

l. Peter Celms, Lieutenant Patrol Operations

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Celms is the subject of numerous complaints internally and externally, and has knowledge about discrimination and retaliation against each of the Plaintiffs, and other UWPD employees and the practices and policies of the UWPD generally.

m. Vicky Stormo, Former Chief of Police

Phone: number not known

Address: address not known

Ms. Stormo has knowledge about each of Plaintiffs' claims, and either participated in acts of discrimination against Plaintiff, Robyn Riley and acts of sexual harassment against April Lesho or permitted them to occur. Ms. Stormo has information relating to the UWPD policies

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

1  and procedures and the conduct of UWPD supervisors.  Ms. Stormo was aware of complaints

2  and investigations of illegal discrimination and other wrongdoing throughout the department.

3      n.  Debi Michael, Dispatch Supervisor

4          Phone: (206) 543-0507

5          Address: 1117 NE Boat St, Seattle, WA 98105

6      Ms. Michael participated in acts of discrimination and retaliation against Plaintiff

7  Robyn Riley.  Ms. Michael has information concerning Plaintiff Riley's employment with UW,

8  interaction with other employees and management; UW's policies and practices, remedial steps

9  taken by Defendant if any, and the disciplinary actions taken against Plaintiff Riley. Ms. Michael

10  has information regarding Plaintiff West.

11      o.  Sean O'Laughlin, Patrol Sergeant

12          Phone: (206) 543-0507

13          Address: 1117 NE Boat St, Seattle, WA 98105

14      Mr. O'Laughlin filed a false complaint against Plaintiff, Robyn Riley, alleging Plaintiff

15  engaged in inappropriate conduct in the workplace.  Mr. O'Laughlin is believed to have a

16  history of internal investigations into his conduct and has information relating to the Plaintiffs'

17  claims.

18

19      p.  Henry Beleford, Campus Security Manager

20          Phone: (206) 543-0507

21          Address: 1117 NE Boat St, Seattle, WA 98105

22      Mr. Beleford has relevant information regarding the acts of discrimination against

23  Plaintiffs as well as information concerning Plaintiffs' employment with UW, interaction with

24  other employees and management; UW's policies and practices, remedial steps taken by

25  Defendant if any, and the disciplinary actions taken against Plaintiff.

26      q.  Kaye Shea, Patrol Sergeant

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Shea has relevant information regarding the acts of discrimination against Plaintiffs, Robyn Riley and Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

r. Tawan Pratt-Weiberg, Patrol Sergeant

Phone: (206) 543-0507/206.543.9331

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Pratt-Wieberg has relevant information regarding the acts of discrimination against Plaintiffs as well as information concerning Plaintiffs' employment with UW and the polcies and practices of the UWPD.  Ms. Pratt-Wieberg was present when several certain racially motivated comments were made toward Black people in the workplace.

s. Cindy Gobel, Former Dispatch Supervisor

Phone: (206) 543-0507

Address: 230? Lombard Ave, Everett, WA 98201

Ms. Gobel has relevant information regarding the acts of discrimination against Plaintiff Robyn Riley, Eddie West and Doug Parish as well as information concerning Plaintiff Riley and West's employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

t. Lynda Pease, Admin Assistant

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Pease may have relevant information regarding the acts of discrimination against Plaintiffs as well as information concerning Plaintiffs' employment with UW, interaction with

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

1  other employees and management; UW's policies and practices, remedial steps taken by

2  Defendant if any, and the disciplinary actions taken against Plaintiff.

3              u. Lynell Ray, Patrol Officer

4                 Phone: (206) 543-0507/543.9331

5                 Address: 1117 NE Boat St, Seattle, WA 98105

6         Lynell Ray may have relevant information regarding the acts of discrimination against

7  Plaintiff Riley and Doug Parish as well as information concerning other Plaintiff's employment

8  with UW, interaction with other employees and management; UW's policies and practices,

9  remedial steps taken by Defendant if any, and the disciplinary actions taken against the

10 Plaintiffs, including information relating to Andrew Cohen's claims.

11             v. Chandra Reiter, Police Dispatcher

12                Phone: (206) 543-0507

13                Address: 1117 NE Boat St, Seattle, WA 98105

14       Ms. Reiter has witnessed harassment, discrimination, and retaliation in the workplace by

15 Debi Michael and has first hand knowledge regarding the stolen dog incident.

16

17             w. Kelly Miller, Police Dispatcher

18                Phone: (206) 543-0507

19                Address: 1117 NE Boat St, Seattle, WA 98105

20       Ms. Miller has witnessed harassment, discrimination, and retaliation in the workplace by

21 Debi Michael and has first hand knowledge regarding the stolen dog incident.

22             x. Keith Tidwell, Former Police Dispatcher

23                Phone: Number not known

24                Address: Address not known.

25       Mr. Tidwell had witnessed harassment, discrimination, and retaliation in the workplace.

26             z. Tom Jones, Former Police Dispatcher

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Phone: Number not known

Address: Address not known

Mr. Jones had witnessed harassment, discrimination, and retaliation in the workplace.

aa. Gloria Galloway, Patrol Officer

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Galloway has witnessed discrimination in the workplace. She also has witnessed the effects of harassment against Plaintiffs Riley and Carroll.

bb. Anthony Stewart, Patrol Officer

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Stewart has witnessed discrimination in the workplace. Mr. Stewart has relevant information regarding the acts of discrimination against Plaintiffs, as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

cc. Nicole Robertson, Program Coordinator Commuter Services

Phone: (206) 543-9008

Address: 3901 University Way NE, Seattle, WA 98105

Ms. Robertson was present at an informal counseling session with Plaintiff Robyn Riley and Debi Michael. She also witnessed wrongdoing by Mr. Sean O'Laughlin.

dd. Merle Davis, Patrol Officer

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Davis has witnessed discrimination and offensive conduct within the department.

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

ee. Greg Dutton, Property Officer

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Dutton has information at least regarding Plaintiff Robyn Riley's claims.

dd. Scott Baebler, Asst. Athletic Director

Phone: (206) 543-8105

Address: 219 Graves Building, Seattle, WA 98105

Mr. Baebler may have relevant information regarding the acts of discrimination against Plaintiffs as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiff.  Mr. Baebler provided gratuities for UWPD command staff.

ee. Ida Kovacic, SEIU 925 Union Organizer Representative

Phone: (206) 322-3010

Address: 3647 Stone Way N., Seattle, WA 98104

Ms. Kovacic was a witness to disciplinary actions taken against Plaintiff, Robyn Riley. Ms. Kovacic may also have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

ff. Henry Belefond, UWPD

Phone: (206) 543-9775

Address: 1117 NE Boat Street Seattle, WA 98105

Mr. Belefond may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiff Carroll's employment with UW,

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

gg. Gloria Galloway, UWPD

Phone: (206) 616-7870

Address: 1117 NE Boat Street Seattle, WA 98105

Ms. Galloway may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

hh. Leif Granrud, UWPD

Phone: (206) 616-7885

Address: 1117 NE Boat Street Seattle, WA 98105

Mr. Granrud may have relevant information regarding the acts of discrimination against Plaintiffs Dawn Carroll and Doug Parish as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

ii. Cham Kao, UWPD

Phone: (206) 685-5258

Address: 1117 NE Boat Street Seattle, WA 98105

Ms. Kao may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

jj. Willie Bergin, UWPD

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Phone: (206) 543-9331

Address: 1117 NE Boat Street Seattle, WA 98105

Mr. Bergin may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

kk.  Christine Robinson

Phone: (206) 296-9185

Address: 1117 NE Boat Street Seattle, WA 98105

Ms. Robinson may also have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

ll.  Mary Novak

Phone: (206) 932-8702

Address: 5605 25th Avenue SW Seattle, WA 98106

Ms. Novak may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

mm.  Frank Davis, UW Human Resources

Phone: (206) 685-3698

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Mr. Davis may have relevant information regarding the acts of discrimination against Plaintiffs Dawn Carroll and Doug Parish as well as information concerning Plaintiffs'

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

  nn. Joanie Moran, UW Human Resources

  Phone: (206) 685-2528

  Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

  Ms. Moran may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

  oo. Erin Rice, UW Human Resources

  Phone: (206) 685-3698

  Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

  Ms. Rice may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

  pp. Caroline Carrin, UW Human Resources

  Phone: (206) 685-7577

  Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

  Ms. Carrin may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

  qq. Heather Bliss, UW Human Resources

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Phone: (206) 685-3698

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. Bliss may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

rr.  Nicki McGraw, UW Human Resources

Phone: (206) 744-9222

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. McGraw may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

ss.  Marie Fjellangez, UW Human Resources

Phone: (206) 685-3698

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. Fjellangez may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

tt.  David Gintz, UW Human Resources

Phone: (206) 685-4626

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. Fjellangez may have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW,

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

uu. Eric Davis

Phone: (206) 685-4626

Mr. Davis have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiffs' employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiffs.

vv. Andrea Herra-Katahira, UCIRO

Phone: (206) 616-8239

Address: 4311 11th Avenue NE

Ms. Herra-Katahira have relevant information regarding the acts of discrimination against Plaintiffs as well as information concerning Plaintiff's employment with UW, interaction with other employees and management; UW's policies and practices, remedial steps taken by Defendant if any, and the disciplinary actions taken against Plaintiff.

ww. Jenny P. Merritt, Records Supervisor – Bothell Police Dept.

Phone: (425) 487-5121

Address: 18410 101st Avenue NE Bothell, WA 98011

Ms. Merritt have relevant information regarding the acts of discrimination against Plaintiff, Dawn Carroll as well as information concerning Plaintiff Carroll's employment with UW.

xx. Jeff Richards, Records Lead – Tukwila Police Dept.

Phone: (206) 433-1808

Address: 6200 Southcenter Boulevard Tukwila, WA 98188-2544

Mr. Richards may have relevant information concerning Plaintiff's employment with UW.

yy. Todd Price, UWPD

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

1    Phone: (206) 543-9331

2    Address: 1117 NE Boat Street Seattle, WA 98105

3    Officer Price has information relating to at least Andrew Cohen's claims, as well as the

4    policies and procedures of the UW Police Department.

5    zz.  Michael Smerer, Centralia P.D.

6    Phone:    (360) 330-7680

7    Address:    118 W. Maple St., PO Box 609, Centralia WA 98531

8    Officer Smerer has information relating to at least Andrew Cohen's claims, as well as the

9    policies and procedures of the UW Police Department.

10    aaa. Mark Farrell, Wyoming Sheriff's Office

11    Phone:  (425) 345-7241

12    Address: unknown

13    Officer Farrell has information relating to at least Andrew Cohen's claims, as well as the

14    policies and procedures of the UW Police Department.

15    bbb.  Sara Brew

16    Phone: (307) 360-8100

17    Address: unknown

18    Officer Brew has information relating to at least Andrew Cohen's claims, as well as the

19    policies and procedures of the UW Police Department.

20    ccc.  Kevin Kilpatrick

21    Phone: (206) 300-1413

22    Officer Kilpatrick has information relating to at least Andrew Cohen's claims, as well as

23    the policies and procedures of the UW Police Department.

24    ddd.  Sandy Cable (former UWPD dispatcher)

25    Phone: unknown

26    Address: unknown (Community Transit Snohomish County)

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Ms. Cable made a discriminatory remark in the presence of others.

eee. Shawna Woodard

Phone: (206) 543-9331

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Woodard has witnessed discrimination and offensive conduct in the workplace at the UWPD.

fff. Gayle Gray

Phone: (206) 543-0507

Address: 1117 NE Boat St, Seattle, WA 98105

Ms. Gray made discriminatory comments in the presence of others.

ggg. Dave Fontenot

Phone:  (206) 543.9331

Address: 1117 NE Boat St, Seattle, WA 98105

Mr. Fontenot has information regarding the practices and policies of the University of Washington Police Department as well as information regarding one or more of the Plaintiffs.

hhh. Amy Hawkins

Phone: (206) 685-4626

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. Hawkins has information relating to the Plaintiffs' claim, as she may have investigated one or more claims.  Ms. Hawkins is also familiar with the policies and procedures of the UW and the UWPD.

iii.  Caroline Currin

Phone: (206) 685-4626

Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Ms. Currin has information relating to the Plaintiffs' claim, as she may have investigated one or more claims. Ms. Currin is also familiar with the policies and procedures of the UW and the UWPD.

    jjj. Linda Anderson

    Phone: (206) 685-4626

    Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. Anderson has information relating to the Plaintiffs' claim, as she may have investigated one or more claims. Ms. Anderson is also familiar with the policies and procedures of the UW and the UWPD.

    lll. Anneke Szyperski

    Phone: (206) 685-4626

    Address: 1320 NE Campus Parkway Seattle, WA 98105-6207

Ms. Szyperski has information relating to the Plaintiffs' claim, as she may have investigated one or more claims. Ms. Szyperski is also familiar with the policies and procedures of the UW and the UWPD.

    mmm. Todd Bowman, Redmond P.D.

    Phone: (425) 556-2500

    Address: 8701 160th Ave NE, Redmond WA 98073

Mr. Bowman is a former employee of UWPD and has witnessed discrimination.

    nnn. Zack Smalls, Tacoma P.D.

    Phone: (253) 591-5900

    Address: 3701 South Pine, Tacoma WA 98409

Mr. Smalls is a former employee of the UWPD and has witnessed discrimination.

    ooo. Steve Steiner, Former UWPD Officer

    Phone: unknown

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

Address: unknown

Mr. Steiner made racist comments in front of other officers.

ppp. Annette Spicuzza (former assistant Chief UWPD)

Phone: (530) 752-3113

Address: One Shields Ave, Davis CA 95616

Ms. Spicuzza investigated one or more of the complaints made by the Plaintiffs, including that of Sandy Cable.

qqq. Garnell Stewart, Former UWPD Officer

Phone: unknown

Address: unknown (may be an officer in Virginia)

3. Treating Physicians for Plaintiff Robyn Riley

a. Thomas King, MD

Phone: 206-860-2348

Address: 11011 Meridian Ave. N. Seattle, WA 98133

Dr. King may have relevant information relating to damages and the type of injuries suffered by Plaintiff Riley as a result of her employment with and treatment by the Defendant.

b. Patrizia Showell, M.D.

Phone: 206-860-3111

Address: 1145 Broadway Seattle, WA 98122

Dr. Showell may have relevant information relating to damages and the type of injuries suffered by Plaintiff Riley as a result of her employment with and treatment by the Defendant.

c. Dr. Tony Steger

Tahoma Counseling Service

Phone: 253-572-5035

Address: 20 N. Tacoma Ave. #B, Tacoma, WA 98403

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

1    Dr. Steger may have relevant information relating to damages and the type of injuries

2    suffered by Plaintiff Riley as a result of her employment with and treatment by the Defendant.

3          d. Dr. Kendra Roberson

4          Phone: 253-830-4910

5          Address: 20 N. Tacoma Ave. #B, Tacoma, WA 98403

6       Dr. Roberson may have relevant information relating to damages and the type of injuries

7    suffered by Plaintiff Riley as a result of her employment with and treatment by the Defendant.

8         4.  Treating Physicians for Dawn Carroll

9          a. June Betsch, MD

10      Dr. Betsch may have relevant information relating to damages and the type of injuries

11    suffered by Plaintiff Carroll as a result of her employment with and treatment by the Defendant

12          b. Dr. Joseph Lee, Overlake Medical

13      Dr. Lee may have relevant information relating to damages and the type of injuries

14    suffered by Plaintiff Carroll as a result of her employment with and treatment by the Defendant

15    B. Categories of Documents

16       1. Plaintiffs have in their possession a termination of employment letter from UW.

17       2. Plaintiffs have in their possession a First Written Warning memo from UW.

18       3. Plaintiffs have in their possession a UW Material Handling Equipment Operator Post-

19    Incident Refresher Training / Evaluation form.

20       4. Plaintiffs have in their possession correspondence from EEOC.

21       5. Plaintiffs have in their possession UW Stocking Summary printouts.

22       6. Plaintiffs have in their possession UW Receiving by User printouts.

23       7. Plaintiffs have in their possession follow-up instructions from St. Joseph Medical

24    Center following emergency care treatment.

25       8. Plaintiffs have in their possession a written statement of Pete Mascaro.

26

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ᴿᴰ AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

9. Plaintiffs have in their possession a written statement of Kelly Hohmann.

10. Plaintiffs have in their possession a written statement of Sang Son.

11. Plaintiffs have in their possession chart copies following visits to Dr. John R. Sashko.

12. Plaintiffs have in his possession a written statement of Javier Zuniga.

13. Plaintiffs have in his possession a document prepared by UW outlining Plaintiff's concerns and the actions taken by UW.

14. Plaintiffs have in their possession a Charge of Discrimination form.

15. Plaintiffs have in their possession a Request for a Family or Medical Leave of Absence form.

16. Plaintiffs have in their possession a filled out UW Near Miss Incident Investigation Report form.

17. Plaintiffs have in their possession AIMS 4.2.1 printout reports.

18. Plaintiffs have in their possession a written statement.

19. Plaintiff have in their possession Stocking by User printouts.

20. Plaintiff have in their possession a written statement of Jocelyn Marshall.

21. Plaintiffs have electronically stored information (emails) relating to this case.

**Attached:**

22. Email of 2/13/08 from Sean O'Laughlin

23. Email of 1/14/08 from Ralph Robinson to Peter Celms

24. Letter of 1/10/08 from Lt. Pete Celms to Doug Parish

25. Email of 2/23/08 from Doug Parish to Anneke Szyperski

26. Email chain of 1/6/04 between Amy Hawkins, Annette Spicuzza and Caroline Currin

27. Interdepartmental Letter of May 29, 2008

28. Letter of 5/22/08 from Doug Parish to Asst. Chief Ralph Robinson

29. Interdepartmental Letter of 1/31/08 from Ralph Robinson to Doug Parish

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

30. UW Police Department Performance Note completed by Sean O'Laughlin May 2008

31. Email chain of 5/22/07 from Vicky Stormo

32. Letter of 5/6/08 from Doug Parish to Ralph Robinson

33. Email of 1/16/04 from Karen Jacobson to Doug Parish

34. Email of 1/9/04 from Richard Lewis to Doug Parish

35. Email chain of 2/24/04 beginning with email from Emmet Stormo

**More Documents**

**36. Plaintiffs' employment records (with the UW) are held in the office of In Pacta. These were provided by the University of Washington. They may or may not be complete.**

37. Many of the Documents that the Plaintiffs have were provided to them by the Defendant. Perhaps the best way to determine what information each Party must disclose and provide to the others will be by way of an email/phone/document log which I would suggest both sides work on immediately so we can both identify what we do or do not have.

38. Plaintiffs have their tort claim forms at the Office of IN PACTA. The Defendant also has these forms.

39. Plaintiffs or their attorneys are in possession of various pictures, documents, letters and other information regarding this case.

40. Plaintiffs reserve the right to update this list and provide additional information.


C. Computation of Damages

1. $55,000.00 to Plaintiff April Lesho for lost wages and benefits.

2. $350,000.00 to Plaintiff April Lesho for noneconomic damages.

3. $350,000.00 to Plaintiff April Lesho for punitive damages.

4. $350,000.00 to Plaintiff Robyn Riley for noneconomic damages.

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

5. $350,000.00 to Plaintiff Robyn Riley for punitive damages.

6. $350,000.00 to Plaintiff Eddie West for noneconomic damages.

7. $350,000.00 to Plaintiff Eddie West for punitive damages.

8. $55,000.00 to Plaintiff Dawn Carroll for lost wages and benefits

9. $350,000.00 to Plaintiff Dawn Carroll for noneconomic damages.

10. $350,000.00 to Plaintiff Dawn Carroll for punitive damages.

11. $350,000.00 to Plaintiff Doug Parish for noneconomic damages.

12. $350,000.00 to Plaintiff Doug Parish for punitive damages.

13. $350,000.00 to Plaintiff Andrew Cohen for noneconomic damages.

14. $350,000.00 to Plaintiff Andrew Cohen for punitive damages.

Total:  $4,300,000.00

Plus Plaintiff's Attorney's Fees and Costs: TBD

Plaintiff Reserves the right to adjust the Computation and Damage Demand upwards or downwards based on the evidence presented.

Dated this 5th day of January, 2009.


IN PACTA PLLC


Noah C. Davis, WSBA#30939
801 2nd AVE Ste 307
Seattle WA 98104
Ph. 206.734.3753
Fx. 206.860.0178
em. nd@inpacta.com
http: www.inpacta.com

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

## CERTIFICATE OF SERVICE

I, Noah Davis certify that I caused a copy of the foregoing to be delivered on the attorneys

for the Defendant at the regular address thereof on 1/5/09:


ANDREW COOLEY
JAYNE FREEMAN
800 5th Ave Ste 4141
Seattle, WA 98104-3189


Dated this 5th day of January, 2009, at Seattle, Washington.


Noah Davis, WSBA#30939
801 2nd AVE Ste 307
Seattle WA 98104
Ph. 206.734.3753
Fx. 206.860.0178
em. nd@inpacta.com
http: www.inpacta.com

PLAINTIFFS INITIAL DISCLOSURES
Carroll et. al. v. UW

IN PACTA PLLC
801 2ND AVE STE 307
Seattle, Washington 98104
Telephone (206) 709-8281
Facsimile (206) 860-0178

# EXHIBIT B

**Noah Davis**

| | |
|---|---|
| **From:** | Adam L. Rosenberg [arosenberg@kbmlawyers.com] |
| **Sent:** | Thursday, February 25, 2010 12:14 PM |
| **To:** | nd@inpacta.com |
| **Cc:** | Andrew G. Cooley; Jayne L. Freeman |
| **Subject:** | Cohen et al. v. University of Washington |

Noah,

Please immediately produce the Statements of Pete Mascaro, Kelly Hohman, Sang Son, Javier Zuniga, and Jocelyn Marshall, as well as the "termination of employment letter from UW" (Initial Disclosure No. 1), "unidentified written statement" (Initial Disclosure No. 18), and various picture, documents, letters, and other information (Initial Disclosure No. 39). All of these documents were listed by the plaintiffs in initial disclosures, and subsequently requested by the UW through written discovery. It appears that they have not been produced.

If it would be easier, feel free to scan and email the documents to me. If nothing is received, we will be calling your office on **Monday, March 1st, at 9:00** to discuss, and if necessary, seeking guidance from the Court. Thank you for your anticipated cooperation.

Best regards,

Adam

Adam L. Rosenberg
Keating Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, Washington 98104-3175
arosenberg@kbmlawyers.com
www.kbmlawyers.com
Direct: 206.623.8861
Fax: 206.223.9423

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client product, or other applicable privilege. Thank you.

**Noah Davis**

| | |
|---|---|
| **From:** | Adam L. Rosenberg [arosenberg@kbmlawyers.com] |
| **Sent:** | Thursday, February 25, 2010 12:42 PM |
| **To:** | Noah Davis |
| **Cc:** | Andrew G. Cooley; Jayne L. Freeman; Jason Amala |
| **Subject:** | RE: Cohen et al. v. University of Washington |

That's fine.  If the documents can be provided sooner, you can disregard the conference.  Otherwise, we'll be in touch on the 3rd at 10:00 am.

Thanks,

*Adam*

---

**From:** Noah Davis [mailto:nd@inpacta.com]
**Sent:** Thursday, February 25, 2010 12:21 PM
**To:** Adam L. Rosenberg
**Cc:** Andrew G. Cooley; Jayne L. Freeman; 'Jason Amala'
**Subject:** RE: Cohen et al. v. University of Washington

I believe Jason may have these documents, but we will check the files at my office as well to see when produced or, if inadvertently not produced, when we can produce. Let's schedule March 3rd at 10am for a follow up 26(i) on this.

Thank you,

**Noah Davis, Esq | IN PACTA Lawyers PLLC**
☎ 206.709.8281 | F 206.860.0178
☎ 206.734.3753 (Direct)| Ext 101
✉ nd@inpacta.com | www.inpacta.com
801 2nd Ave | Ste 307| Seattle WA 98104

---

**From:** Adam L. Rosenberg [mailto:arosenberg@kbmlawyers.com]
**Sent:** Thursday, February 25, 2010 12:14 PM
**To:** nd@inpacta.com
**Cc:** Andrew G. Cooley; Jayne L. Freeman
**Subject:** Cohen et al. v. University of Washington

Noah,

Please immediately produce the Statements of Pete Mascaro, Kelly Hohman, Sang Son, Javier Zuniga, and Jocelyn Marshall, as well as the "termination of employment letter from UW" (Initial Disclosure No. 1), "unidentified written statement" (Initial Disclosure No. 18), and various picture, documents, letters, and other information (Initial Disclosure No. 39).  All of these documents were listed by the plaintiffs in initial disclosures, and subsequently requested by the UW through written discovery.  It appears that they have not been produced.

If it would be easier, feel free to scan and email the documents to me.  If nothing is received, we will be calling your office on **Monday, March 1st, at 9:00** to discuss, and if necessary, seeking guidance from the Court.  Thank you for your anticipated cooperation.

Best regards,

Adam

Adam L. Rosenberg
Keating Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, Washington 98104-3175
arosenberg@kbmlawyers.com
www.kbmlawyers.com
Direct: 206.623.8861
Fax: 206.223.9423

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client product, or other applicable privilege.  Thank you.

**Noah Davis**

| | |
|---|---|
| **From:** | Adam L. Rosenberg [arosenberg@kbmlawyers.com] |
| **Sent:** | Wednesday, March 03, 2010 9:29 AM |
| **To:** | Noah Davis |
| **Cc:** | Jason Amala; Jayne L. Freeman; Andrew G. Cooley |
| **Subject:** | RE: Conference Regarding initial disclosures |

Noah,

We still need to have the conference today, at the time you proposed. We can discuss the timing of production and/or a briefing schedule that would accommodate you.

Thanks,

*Adam*

---

**From:** Noah Davis [mailto:nd@inpacta.com]
**Sent:** Wednesday, March 03, 2010 9:19 AM
**To:** Adam L. Rosenberg
**Cc:** 'Jason Amala'
**Subject:** Conference Regarding initial disclosures

Hi Adam,

I am still trying to identify the exact documents for you (and the bate stamp number where they would appear from the collection of documents that were copied and produced to you). Because I have a filing deadline today, tomorrow, Friday and Monday (yes, four in a row), I would respectfully request that I be given until Tuesday at 12:00 to track these documents down.

If I can review them over the weekend, I will, and get them to you on Sunday/Monday.

Would you be amenable to this?

**Noah Davis, Esq | IN PACTA Lawyers PLLC**
☎ **206.709.8281 | F 206.860.0178**
☎ **206.734.3753 (Direct)| Ext 101**
✉ **nd@inpacta.com | www.inpacta.com**
**801 2nd Ave | Ste 307| Seattle WA 98104**

**Noah Davis**

| | |
|---|---|
| **From:** | Adam L. Rosenberg [arosenberg@kbmlawyers.com] |
| **Sent:** | Wednesday, March 03, 2010 9:56 AM |
| **To:** | Noah Davis |
| **Cc:** | Jason Amala; Andrew G. Cooley; Jayne L. Freeman |
| **Subject:** | RE: Conference Regarding initial disclosures |

Noah,

The following is my understanding of our Rule 26 conference:

The University is seeking the documents discussed in our prior emails (*e.g.*, written statements, termination letter, various pictures and documents, etc.). You were unsure who these people were, but agreed to re-check the disclosures in hopes of figuring it out. Many of those documents, as I understood it, are split between Seattle and Tacoma, and with Jason's office. They will be transferred to you shortly. Because of filing deadlines in other cases, you suggested that you would be able to produce these documents, to the extent that they exist, by Tuesday (March 9th). I agreed to confer with the University as to the necessity of a motion.

Please advise if this misstates our discussion.

Best regards,

*Adam*

---

**From:** Noah Davis [mailto:nd@inpacta.com]
**Sent:** Wednesday, March 03, 2010 9:19 AM
**To:** Adam L. Rosenberg
**Cc:** 'Jason Amala'
**Subject:** Conference Regarding initial disclosures

Hi Adam,

I am still trying to identify the exact documents for you (and the bate stamp number where they would appear from the collection of documents that were copied and produced to you). Because I have a filing deadline today, tomorrow, Friday and Monday (yes, four in a row), I would respectfully request that I be given until Tuesday at 12:00 to track these documents down.

If I can review them over the weekend, I will, and get them to you on Sunday/Monday.

Would you be amenable to this?

**Noah Davis, Esq | IN PACTA Lawyers PLLC**
☎ **206.709.8281 | F 206.860.0178**
☎ **206.734.3753 (Direct)| Ext 101**
✉ **nd@inpacta.com | www.inpacta.com**
**801 2nd Ave | Ste 307| Seattle WA 98104**

**Noah Davis**

| | |
|---|---|
| **From:** | Adam L. Rosenberg [arosenberg@kbmlawyers.com] |
| **Sent:** | Wednesday, March 03, 2010 1:19 PM |
| **To:** | Noah Davis |
| **Cc:** | Jason Amala; Andrew G. Cooley; Jayne L. Freeman |
| **Subject:** | RE: Conference Regarding initial disclosures |

Noah -

We can agree to hold off on a motion until next week.  Please, by then, either produce what you have or confirm that the disclosure was some kind of typographical error.  If we can get a resolution by next Tuesday, I don't foresee any reason to burden the Court.

Thanks,

*Adam*

---

**From:** Noah Davis [mailto:nd@inpacta.com]
**Sent:** Wednesday, March 03, 2010 1:15 PM
**To:** Adam L. Rosenberg
**Cc:** 'Jason Amala'; Andrew G. Cooley; Jayne L. Freeman
**Subject:** RE: Conference Regarding initial disclosures

That's a fair assessment, though I also stated that I believe that everything listed in the disclosures had been produced, and I asked for an opportunity to review our bate stamped copy of the same to see if there was something missing, or else, erroneously evidenced in the disclosure.  And with current filing deadlines in other cases, I asked that you provide me until Tuesday at 12:00 for our answer.

Your response was courteous and also seemingly desirous of us avoiding an unnecessary motion to compel; instead providing me the chance to verify the contents of our documents so we can figure out what went wrong.

Thanks Adam.

**Noah Davis, Esq | IN PACTA Lawyers PLLC**
☎ 206.709.8281 | F 206.860.0178
☎ 206.734.3753 (Direct)| Ext 101
✉ nd@inpacta.com | www.inpacta.com
801 2nd Ave | Ste 307| Seattle WA 98104

> **From:** Adam L. Rosenberg [mailto:arosenberg@kbmlwyers.com]
> **Sent:** Wednesday, March 03, 2010 9:56 AM
> **To:** Noah Davis
> **Cc:** Jason Amala; Andrew G. Cooley; Jayne L. Freeman
> **Subject:** RE: Conference Regarding initial disclosures
>
> Noah,
>
> The following is my understanding of our Rule 26 conference:

1

The University is seeking the documents discussed in our prior emails (*e.g.*, written statements, termination letter, various pictures and documents, etc.). You were unsure who these people were, but agreed to re-check the disclosures in hopes of figuring it out. Many of those documents, as I understood it, are split between Seattle and Tacoma, and with Jason's office. They will be transferred to you shortly. Because of filing deadlines in other cases, you suggested that you would be able to produce these documents, to the extent that they exist, by Tuesday (March 9th). I agreed to confer with the University as to the necessity of a motion.

Please advise if this misstates our discussion.

Best regards,

*Adam*

---

**From:** Noah Davis [mailto:nd@inpacta.com]
**Sent:** Wednesday, March 03, 2010 9:19 AM
**To:** Adam L. Rosenberg
**Cc:** 'Jason Amala'
**Subject:** Conference Regarding initial disclosures

Hi Adam,

I am still trying to identify the exact documents for you (and the bate stamp number where they would appear from the collection of documents that were copied and produced to you). Because I have a filing deadline today, tomorrow, Friday and Monday (yes, four in a row), I would respectfully request that I be given until Tuesday at 12:00 to track these documents down.

If I can review them over the weekend, I will, and get them to you on Sunday/Monday.

Would you be amenable to this?

**Noah Davis, Esq | IN PACTA Lawyers PLLC**
☎ 206.709.8281 | F 206.860.0178
☎ 206.734.3753 (Direct)| Ext 101
✉ nd@inpacta.com | www.inpacta.com
801 2nd Ave | Ste 307| Seattle WA 98104

**Noah Davis**

| | |
|---|---|
| **From:** | Adam L. Rosenberg [arosenberg@kbmlawyers.com] |
| **Sent:** | Wednesday, March 10, 2010 11:44 AM |
| **To:** | Noah Davis |
| **Cc:** | Jason Amala; Andrew G. Cooley; Jayne L. Freeman |
| **Subject:** | RE: Carroll v. UW |

Noah,

It would probably be cleanest if you amended your initial disclosures and deleted the nonexistent witnesses/documents. That way, we won't run into any problems down the road where we need to dig through correspondence to figure out what's still in the case.  If you could get an amended document to us by noon tomorrow, that would be fine (it should only be a matter of highlighting, deleting, and re-signing).  Email service is ok if easier.

As far as No.'s 18 and 39, please do provide us with the Bates numbers, just to confirm that we have everything that you consider "disclosed."  Again, noon tomorrow would be fine.

Please confirm that you are agreeable to this.

Thanks,

*Adam*

---

**From:** Noah Davis [mailto:nd@inpacta.com]
**Sent:** Wednesday, March 10, 2010 11:35 AM
**To:** Adam L. Rosenberg
**Cc:** 'Jason Amala'
**Subject:** RE: Carroll v. UW

Adam,

Preliminarily, I am not finding any reference to Pete Mascaro, Kelly Hohman, Sang Son, Javier Zuniga and Jocelyn Marshall.  Thus, I am not sure where I saw those names/records.

Depending on how you all would like me to approach this, I can amend the initial disclosures to remove those names and take care of that issue.

However, I believe that the remaining documents (ID No. 18, (ID No. 39) were turned over to the UW (i.e. you, their attorneys) in the documents that were copied from my office. However, what I am trying to do is get you exact bate stamp numbers, since the descriptions are understandably general.

I am also reviewing our records to see if there is anything else missing from our disclosures and our production of discovery to you.

Thanks Adam,

**Noah Davis, Esq |  IN PACTA Lawyers PLLC**
☎ 206.709.8281 | F 206.860.0178
☎ 206.734.3753 (Direct)| Ext 101
✉ nd@inpacta.com | www.inpacta.com
801 2nd Ave | Ste 307| Seattle WA 98104