UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN CARROLL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, <br><br> Defendant. | C08-1498Z <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court STRIKES Defendant's motion to compel, docket no. 57, as moot. On March 22, 2010, after Defendant's motion to compel was filed, Plaintiffs provided Defendant with the requested discovery information. See Defendant's Reply, docket no. 62.

(2) Pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court GRANTS Defendant's request for attorney's fees, docket nos. 57 and 62. The Court finds that Defendant's counsel has in good faith conferred with Plaintiffs' counsel in an attempt to obtain the responses to Defendant's discovery requests without court action. Declaration of Adam Rosenberg, docket no. 59, Exs. C, D, and E; Supplemental Declaration of Adam Rosenberg, docket no. 63, Ex. A. The Court further finds that a total award of fees in the amount of $600 for bringing the present motion is reasonable. The Court awards Defendant $600 in attorney's fees to be paid by Plaintiffs within ten days of filing of this Order.

(3) The Court DENIES Plaintiffs' request for attorney's fees, docket nos. 60 and 64.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Filed and entered this 14th day of April, 2010.

                                  BRUCE RIFKIN, Clerk

                                       s/ Claudia Hawney  
By  _____  
      Claudia Hawney  
      Deputy Clerk

MINUTE ORDER - 2